FILED
APR 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1 LEIGH-DAVIS GLASS
  REG. NO. 24821-112
2 FEDERAL PRISON CAMP--FCC VICTORVILLE
3 P.O. BOX 5100
  ADELANTO, CA 92301
4

Case: 1:08-cv-00647
Assigned To : Unassigned
Assign. Date : 4/15/2008
Description: Pro Se Gen. Civil

6 FOR THE PLAINTIFF

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEIGH-DAVIS GLASS,<br>    PLAINTIFF,<br>V.<br>FEDERAL BUREAU OF PRISONS ("BOP");<br>FEDERAL BUREAU OF INVESTIGATION; U.S.<br>MARSHAL SERVICE; DEPARTMENT OF<br>JUSTICE; FEDERAL PUBLIC DEFENDER;<br>U.S. ATTORNEY; U.S. PRETRIAL SERVICES;<br>U.S. PROBATION DEPARTMENT; U.S.<br>TRUSTEE; MICHAEL MUKASEY, U.S.<br>ATTORNEY GENERAL; UNITED STATES<br>OF AMERICA; UNKNOWN BOP OFFICER;<br>UNKNOWN BOP CAPTAIN; TERESER A.<br>BANKS, Warden; MICHAEL BENOV,<br>Warden; DAVID O. CARTER; CORMAC<br>J. CARNEY; HARLEY G. LAPPIN, Regional<br>Director; SHERRI R. CARTER, Clerk<br>U.S. District Court; MOLLY DWYER,<br>Acting Clerk U.S. Court of Appeals; | NO. _____<br><br>COMPLAINT FOR DAMAGES<br>AND INJUNCTIVE RELIEF<br>(1) FEDERAL TORT CLAIMS ACT [28 §§ 1346, 2671]<br>(2) FRAUD<br>(3) CIVIL RIGHTS VIOLATIONS<br>(4) CIVIL RICO [18 § 1964(c)]<br><br>DEMAND FOR JURY TRIAL |

RECEIVED
MAR 24 2008
Clerk, U.S. District and
Bankruptcy Courts

(1 of 5)

1

1. FRED KRASCO; MAURICE PHARES; COUNTY
2. ASSESSOR; STEPHEN LUBLINER; RICHARD
3. D. ROME; KADOSH INVESTMENTS; GAIL
4. HIGGINS; GERRY WERSH; THE TRENTON
5. GROUP; ROBERT J. KEENAN; LOCKHEED
6. FEDERAL CREDIT UNION; THE BUCHELTER
7. LAW FIRM; JANE SUTTON-RULE; WELLS
8. FARGO BANK; JANE MORRIE; MULVANEY,
9. KAHAN & BARRY; USC MEDICAL CENTER;
10. WHITE HOSPITAL; AMANDA HILL; LIBERTY
11. MUTUAL INSURANCE; WILSHIRE CREDIT
12. CORPORATION; ALPERT & BARR; MARK
13. S. BLACKMAN; FIRST BANK OF BEVERLY
14. HILLS; POINTE DUME CLUB; MARBLEHEAD
15. MANAGEMENT; FIRST NATIONWIDE
16. MORTGAGE CORPORATION; VONAGE
17. DIGITAL; VERDUGO TRUST; FIVE STAR
18. TRUST; CAL FED; MILES, BAUER,
19. BERGSTROM & WINTERS, LLP; KEESAL, YOUNG
20. & LOGAN; ROBERT LOGAN; UNKOWN ATTORNEY;
21. ESCROW.COM; INTERNET ESCROW SERVICES
22. (IES); MARTIN GARAMI; PROGRESSIVE
23. INSURANCE; ANN LUOTTO WOLF; JEANNIE
24. MASSE-JOSEPH; PAUL BONIN; PROVIDIAN
25. BANK; SOUTHWESTERN UNIVERSITY;
26. MARILYN FORDNEY; MARGUERITE C.
27. LANE, TRUSTEE; JOAN POLITEO
28. FREEMAN; G. DAVID HAIGH; JOHN

1. W. BARTON; TREASURER AND TAX
2. COLLECTOR; FRANCHISE TAX BOARD;
3. CALIFORNIA SUPERIOR COURT;
4. LAWRENCE MIRA; LOS ANGELES COUNTY
5. SHERIFF'S DEPARTMENT; LEE BACCA,
6. Sheriff; RONALD YATES; and
7. MARGARET YATES,
8.             DEFENDANTS.
9. COMES NOW PLAINTIFF, MS. GLASS, WHO ALLEGES:
10.    1. VENUE AND JURISDICTION ARE PROPER IN THIS DISTRICT, BECAUSE
11. PURSUANT TO 28 U.S.C. § 1391, THIS IS WHERE THE PRINCIPAL DEFENDANTS
12. HAVE THEIR PRINCIPAL PLACE OF BUSINESS; OR WHERE THEY, AND/OR THEIR
13. AGENT(S), CAN BE FOUND, PURSUANT TO 18 U.S.C. § 1965(a). THIS COURT
14. HAS SUPPLEMENTAL JURISDICTION OVER THE REMAINING DEFENDANTS,
15. PURSUANT TO 28 U.S.C. §1367 and 18 U.S.C. § 1965(b).
16.    2. THE PARTIES ARE NOT ALL KNOWN. MS. GLASS IS STILL
17. INVESTIGATING THIS CASE, AND ALSO, NAMES AND ADDRESSES. MS.
18. GLASS WILL REQUEST LEAVE TO AMEND, AS SOON AS THIS
19. INFORMATION IS ASCERTAINED. THE KNOWN PARTIES ARE:
20.     PLAINTIFF                       DEFENDANTS
21. LEIGH-DAVIS GLASS     (1) FEDERAL BUREAU OF PRISONS
22. REG. NO. 24821-112          ATTN: OFFICE OF THE GENERAL COUNSEL
    FEDERAL PRISON CAMP--FCC VICTORVILLE  320 FIRST STREET, NW
23. P.O. BOX 5100                 WASHINGTON, D.C. 20534
    ADELANTO, CA 92301      (2) FEDERAL BUREAU OF INVESTIGATION
24.                                  935 PENNSYLVANIA AVE, NW
                                 WASHINGTON, D.C. 20535
25.                         (3) U.S. MARSHAL SERVICE
26.                          ATTN: GENERAL COUNSEL
                                 SUITE 1200, BUILDING CS-3
                                 WASHINGTON, D.C. 20530-1000
27.                         (4) & (5) U.S. DEPARTMENT OF JUSTICE
                                 & MICHAEL MUKASEY, U.S. Attorney General
                                 DEPARTMENT OF JUSTICE
28.                                  950 PENNSYLVANIA AVE., N.W.
                                 WASHINGTON, D.C. 20530-0001

1  
2  ⑥ UNITED STATES OF AMERICA  
   c/o SOLICITOR GENERAL  
   ROOM 5614, DEPARTMENT OF JUSTICE  
   950 PENNSYLVANIA AVE., N.W.  
3   WASHINGTON, D.C. 20530-0001  

4    3. MS. GLASS ALLEGES, FROM ABOUT 1995, TO THE PRESENT,  
5 MS. GLASS HAS BEEN, LITERALLY, TERRORIZED BY THE DEFENDANTS,  
6 ACTING IN CONCERT; TO STOP MS. GLASS' CONSUMER RIGHTS ACTIVISM  
7 AND CAUSE MS. GLASS' DEMISE.  
8    AROUND 1995, MS. GLASS DISCOVERED, ONE OF HER CREDITORS,  
9 FIRST BANK OF BEVERLY HILLS ("FBBH"), HAD TRICKED HER INTO A FRAUDULENT  
10 LOAN; AND WAS SUBJECTING HER TO USURY AND EXTORTIONATE CREDIT  
11 TRANSACTIONS IN VIOLATION OF 18 U.S.C. §§ 891-894. MS. GLASS THREATENED  
12 TO SUE, AND LATER DID SUE. IN RETALIATION, FBBH CONTACTED ITS  
13 AFFILLIATES; MS. GLASS' OTHER CREDITORS; TAX AUTHORITES; THE FBI;  
14 AND OTHERS; THEN THROUGH FRAUD, BRIBERY, FALSE STATEMENTS, AND  
15 FALSE DOCUMENTS; FORMED A DE FACTO ENTERPRISE TO TERRORIZE  
16 MS. GLASS, HEREINAFTER REFERRED TO AS "RUIN L.G." OR "RLG." THIS  
17 ENTERPRISE CONTINUES TODAY, AND ITS INTENT IS TO CRIMINALLY  
18 TERRORIZE MS. GLASS UNTIL SHE EVENTUALLY COMMITS SUICIDE.  
19    MS. GLASS HAS BEEN SEXUALLY HARASSED, AND HAS BEEN  
20 FALSELY IMPRISONED 4 TIMES, ONCE BY THE LOS ANGELES SHERIFF,  
21 AND ONE IS ONGOING. THESE ALSO AMOUNT TO KIDNAPPINGS. FBI AGENT  
22 PAUL BONIN AND AUSA ROBERT KEENAN, AIDED PRIVATE PARTIES IN MAIL  
23 FRAUD, WIRE FRAUD, BURGLARIZING, ROBBING, AND STEALING FROM MS.  
24 GLASS: $4 MILLION IN REAL PROPERTY; $3 MILLION IN PERSONAL PROPERTY;  
25 2 CARS (ONE WHICH WAS STOLEN TWICE;) AND MUCH MORE. AT THE  
26 DIRECTION OF DAVID O. CARTER, REPEATEDLY, MS. GLASS HAS BEEN BEATEN BY GOVERNMENT OFFICERS, WHILE INCARCERATED; AND THIS THREAT CONTINUES, TO DATE. CONTINUOUSLY,  
27 MS. GLASS IS SLANDERED AND HER PRIVATE INFORMATION IS DISSEMINATED TO THE PUBLIC. WELLS FARGO BANK CONTINUES TO HARASS MS. GLASS, AND ATTEMPTS TO COLLECT ON A BOGUS $248,208 RESTITUTION ORDER, THAT WAS ALREADY <u>OVERPAID</u>.  
28    AS REQUIRED BY THE FEDERAL TORT CLAIMS ACT, MS. GLASS HAS EXHAUSTED ALL ADMINISTRATIVE REMEDIES, AND HAS UNSUCCESSFULLY

1. PRESENTED ALL OF THESE TORT CLAIMS TO THE BOP.
2.     4. SINCE 2006, MS. GLASS HAS BEEN RETALIATED
3. AGAINST BY BOP STAFF AND OFFICERS, FOR USING THE
4. ADMINISTRATIVE REMEDY PROCEDURE. MS. GLASS HAS
5. BEEN THREATENED, AND HARASSED AND HAD LEGAL FILES AND PERSONAL
6. ITEMS INTENTIONALLY DESTROYED.
7.     5. MS. GLASS IS A BLACK FEMALE, AND THUS, A
8. MEMBER OF A PROTECTED CLASS.
9.     6. SINCE 2006, MS. GLASS HAS BEEN DENIED
10. MEDICAL CARE, AND HAS RECEIVED SUB-STANDARD MEDICAL
11. CARE.
12.     7. SINCE 2006, MS. GLASS' MAIL AND LEGAL MAIL
13. HAS NOT BEEN DISTRIBUTED TO HER ACCORDING TO
14. POLICY. CONFIDENTIAL MAIL HAS DISAPPEARED; CONFIDENTIAL
15. MAIL HAS BEEN READ; HER MAIL HAS BEEN GIVEN TO OTHER
16. INMATES; AND OTHER MAIL HAS DISAPPEARED OR BEEN
17. DESTROYED.
18.     8. IN ADDITION TO EMOTIONAL DAMAGE, MS.
19. GLASS IS SUFFERING PHYSICAL DAMAGE, AND HAS HAD
20. IRREVERSIBLE PHYSICAL DAMAGE, DUE TO IMPROPER
21. MEDICAL CARE. MS. GLASS IS IN PAIN, DAILY. MS.
22. GLASS HAS SUFFERED PRICELESS DAMAGE FROM THE
23. TAMPERING OF HER MAIL, AND THE DESTRUCTION OF HER
24. PERSONAL PROPERTY.
25.     WHEREFORE, MS. GLASS PRAYS FOR:
26.     (1) $12,500,000 IN MONETARY DAMAGES;
27.     (2) INJUNCTIVE RELIEF, ORDERING BOP TO STOP
28.     DELIVERING MAIL TO INMATES OTHER THAN ADDRESSEE;
    (3) JURY TRIAL; and
    (4) ANY OTHER RELIEF.

DATE: 2-15-08      BY: V.D. Glass, PLAINTIFF

I DECLARE UNDER PENALTY OF PERJURY, ON 2-15-08, THIS COMPLAINT WAS DEPOSITED IN THE PRISON'S INSTITUTIONAL MAIL SYSTEM. DATE: 2-15-08 BY: V.D. Glass