AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of  COLUMBIA

FILED
APR 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LEIGH-DAVIS GLASS,
　　　Plaintiff,

V.

FEDERAL BUREAU OF PRISONS; et al.,
　　　Defendants.

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 0647

I, LEIGH-DAVIS GLASS, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?　　☒ Yes　　☐ No　　(If "No," go to Part 2)
   If "Yes," state the place of your incarceration  FEDERAL PRISON CAMP-VICTORVILLE
   Are you employed at the institution?  YES   Do you receive any payment from the institution? YES, A VERY MINIMAL AMT.
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.   ATTACHED

2. Are you currently employed?　　☐ Yes　　☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  I HAVE BEEN INCARCERATED FOR YEARS.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment　☐ Yes　☒ No
   b. Rent payments, interest or dividends　☐ Yes　☒ No
   c. Pensions, annuities or life insurance payments　☐ Yes　☒ No
   d. Disability or workers compensation payments　☐ Yes　☒ No
   e. Gifts or inheritances　☐ Yes　☒ No
   f. Any other sources　☐ Yes　☒ No

RECEIVED
MAR 24 2008
Clerk, U.S. District and
Bankruptcy Courts

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.



AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?  ☒ Yes    ☐ No

   If "Yes," state the total amount. ABOUT $9.00 IN A SCOTTRADE BROKERAGE ACCOUNT THAT HAS NOT BEEN ACCESSED SINCE MY INCARCERATION.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☒ Yes    ☐ No

   If "Yes," describe the property and state its value.
   YES, BUT EVERYTHING IS BEING HELD BY U.S. MARSHALS OR TIED UP IN LITIGATION. I HAVE NO ACCESS TO ANYTHING, OR ANY EQUITY.
   BANKRUPTCY CASE, NO. LA 08-11296 AA, IS PENDING IN THE CENTRAL DISTRICT OF CALIFORNIA.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)
   NONE

I declare under penalty of perjury that the above information is true and correct.

_3-13-08_                    _V. D. Hass_
Date                         Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account. ATTACHED

ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge    Date | United States Judge    Date |

[AFFIDAVIT RE: ASSETS]

I, LEIGH-DAVIS GLASS, DECLARE AS FOLLOWS:

1. AS STATED IN THE ATTACHED APPLICATION, ANY ASSETS I HAD WERE SEIZED, OR ARE TIED UP IN LITIGATION.

2. I HAVE ABSOLUTELY NO ACCESS TO ANY EQUITY.

3. I HAVE HAD TO BORROW MONEY JUST TO PAY FOR MY DAILY SUBSISTENCE NEEDS, SUCH AS: SOAP; TOOTHPASTE; VITIMINS; AND MEDICATIONS. IN FACT, I HAVE NOT HAD ENOUGH MONEY TO PAY FOR MEDICATIONS AND OTHER THINGS I NEED. NOW, I AM IN DEFAULT ON THESE LOANS.

4. TWO MONTHS AGO, I FILED FOR CHAPTER 13 BANKRUPTCY PROTECTION. THIS BANKRUPTCY CASE IS PENDING IN THE CENTRAL DISTRICT OF CALIFORNIA, CASE NO. LA 08-11296 AA.

I DECLARE UNDER PENALTY OF PERJURY, THE FOREGOING IS TRUE AND CORRECT.

DATE: 3-13-08              BY: L.D. Glass
                           LEIGH-DAVIS GLASS
                           DECLARANT

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $91.26 on account at the Victorville Federal Correctional institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ see attached, and the average of monthly deposits was $ see attached.

The Prisoner-Plaintiff's trust account statement for the last six (6) months is attached.

3/17/08
Date

Signature

Paul K. Ricken, Counselor
Printed Name and Title

# Inmate Statement



| | |
|---|---|
| **Inmate Reg #:** | 24821112 |
| **Inmate Name:** | GLASS, LEIGH-DAVIS |
| **Report Date:** | 03/17/2008 |
| **Report Time:** | 1:16:46 PM |

| | |
|---|---|
| **Current Institution:** | Victorville FCI |
| **Housing Unit:** | VVM-G-N |
| **Living Quarters:** | G01-015L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | 3/11/2008 5:40:54 PM | 93 | | | Sales | ($14.05) | | $91.26 |
| VIM | 3/11/2008 5:04:00 AM | 70103601 | | | Lockbox - CD | $90.00 | | $105.31 |
| VIM | 3/10/2008 3:23:46 PM | 002069 | | | FRP Quarterly Pymt | ($25.00) | | $15.31 |
| VIM | 3/10/2008 3:20:34 PM | HIPP0208 | | | Payroll - IPP | $15.47 | | $40.31 |
| VIM | 2/26/2008 2:01:27 PM | 31 | | | Sales | ($35.30) | | $24.84 |
| VIM | 2/8/2008 5:23:10 PM | TFN0208 | | | Phone Withdrawal | ($1.00) | | $60.14 |
| VIM | 2/8/2008 1:59:14 PM | HIPP0108 | | | Payroll - IPP | $17.85 | | $61.14 |
| VIM | 2/7/2008 4:41:45 PM | TFN0207 | | | Phone Withdrawal | ($1.00) | | $43.29 |
| VIM | 2/5/2008 6:06:03 PM | 95 | | | Sales | ($17.65) | | $44.29 |
| VIM | 1/29/2008 6:08:57 PM | 75 | | | Sales | ($30.20) | | $61.94 |
| VIM | 1/22/2008 5:29:41 PM | 70 | | | Sales | ($23.10) | | $92.14 |
| VIM | 1/16/2008 3:57:50 PM | | 848 | | Bills | ($10.00) | | $115.24 |
| VIM | 1/15/2008 1:43:27 PM | 36 | | | Sales | ($53.60) | | $125.24 |
| VIM | 1/10/2008 1:21:48 PM | HIPP1207 | | | Payroll - IPP | $24.99 | | $178.84 |
| VIM | 1/3/2008 1:34:17 PM | 48 | | | Sales | ($22.50) | | $153.85 |
| VIM | 12/27/2007 6:14:22 PM | 124 | | | Sales | ($26.65) | | $176.35 |
| VIM | 12/18/2007 6:23:00 PM | 100 | | | Sales | ($14.00) | | $203.00 |
| VIM | 12/11/2007 6:39:28 PM | 79 | | | Sales | ($19.60) | | $217.00 |
| VIM | 12/10/2007 12:27:41 PM | HIPP1107 | | | Payroll - IPP | $19.04 | | $236.60 |
| VIM | 12/4/2007 6:07:25 PM | 74 | | | Sales | ($15.10) | | $217.56 |
| VIM | 12/4/2007 11:10:36 AM | IS002033 | | | FRP Quarterly Pymt | ($25.00) | | $232.66 |
| VIM | 11/27/2007 1:56:12 PM | 24 | | | Sales | ($19.70) | | $257.66 |
| VIM | 11/19/2007 5:44:40 PM | 87 | | | Sales | ($45.35) | | $277.36 |
| VIM | 11/16/2007 5:01:55 AM | 70195801 | | | Lockbox - CD | $300.00 | | $322.71 |
| VIM | 11/9/2007 3:10:04 PM | HIPP1007 | | | Payroll - IPP | $20.23 | | $22.71 |
| VIM | 11/6/2007 6:09:05 PM | 72 | | | Sales | ($13.43) | | $2.48 |
| VIM | 10/30/2007 1:37:59 PM | 21 | | | Sales | ($18.82) | | $15.91 |
| VIM | 10/22/2007 8:29:20 PM | TFN1022 | | | Phone Withdrawal | ($1.00) | | $34.73 |
| VIM | 10/10/2007 8:23:40 AM | HIPP0907 | | | Payroll - IPP | $19.63 | | $35.73 |
| VIM | 10/9/2007 5:29:06 PM | 61 | | | Sales | ($23.25) | | $16.10 |
| VIM | 10/2/2007 6:21:50 PM | 89 | | | Sales | ($21.65) | | $39.35 |
| VIM | 9/18/2007 2:00:21 PM | 24 | | | Sales | ($31.80) | | $61.00 |
| VIM | 9/11/2007 7:04:53 PM | 81 | | | Sales | ($20.90) | | $92.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VIM | 9/10/2007 10:41:36 AM | IS002138 | | FRP Quarterly Pymt | ($25.00) | $113.70 |
| VIM | 9/4/2007 6:07:36 PM | 109 | | Sales | ($15.50) | $138.70 |
| VIM | 8/31/2007 5:04:44 AM | 70190601 | | Lockbox - CD | $91.56 | $154.20 |
| VIM | 8/28/2007 5:24:12 PM | 65 | | Sales | ($31.59) | $62.64 |
| VIM | 8/17/2007 6:56:39 AM | TFN0817 | | Phone Withdrawal | ($3.00) | $94.23 |
| VIM | 8/15/2007 7:32:23 PM | TFN0815 | | Phone Withdrawal | ($3.00) | $97.23 |
| VIM | 8/15/2007 10:35:02 AM | 79 | | Sales | ($23.80) | $100.23 |
| VIM | 8/10/2007 2:31:30 PM | TFN0810 | | Phone Withdrawal | ($1.00) | $124.03 |
| VIM | 8/10/2007 9:12:38 AM | GIPP0707 | | Payroll - IPP | $9.52 | $125.03 |
| VIM | 8/7/2007 2:06:17 PM | 54 | | Sales | ($23.75) | $115.51 |
| VIM | 7/31/2007 2:12:41 PM | 41 | | Sales | ($23.35) | $139.26 |
| VIM | 7/24/2007 1:27:31 PM | 33 | | Sales | ($19.87) | $162.61 |
| VIM | 7/16/2007 12:24:06 PM | 40 | | Sales | ($17.02) | $182.48 |
| VIM | 7/11/2007 9:46:09 PM | TL0711 | | TRUL Withdrawal | ($2.00) | $199.50 |
| VIM | 7/10/2007 1:05:02 PM | 68 | | Sales | ($25.65) | $201.50 |
| VIM | 7/9/2007 10:45:43 AM | GIPP0607 | | Payroll - IPP | $15.47 | $227.15 |
| VIM | 7/2/2007 1:11:35 PM | 59 | | Sales | ($0.20) | $211.68 |

1 2

**Total Transactions: 51**

Totals: ($141.97)   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | $1.26 | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | $0.00 | $91.26 |
| Totals: | $1.26 | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | $0.00 | $91.26 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $507.21 | $508.75 | $106.06 | $105.31 | $49.21 | N/A | N/A |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: _____GLASS_____ v. _____BOP; et al._____

Civil Action No. _____

I, _LEIGH-DAVIS GLASS_ # _24821-112_, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)  the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b)  the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_L.D. GLASS_
Signature of Plaintiff

n:\forms\Trust Account Form